ON RETURN TO REMAND
On remand, the petitioner was appointed counsel and afforded an evidentiary hearing on the allegations contained in his coram nobis petition.
In denying the petition, the circuit judge made the following findings:
 "1. That the defendant was adequately apprised of the elements of the offense of burglary in the Third Degree;
 "2. That the two (2) alleged accomplices, Maxwell Hogue and James Potter, both pled guilty to the offense of Burglary in the Third Degree;
 "3. That the defendant was adequately apprised of the Alabama Habitual Offender Act prior to entering his plea of guilt;
 "4. That the defendant's plea was voluntarily entered;
 "5. That the defendant was adequately apprised of his Constitutional Rights prior to entering his plea of guilt;
 "6. That the defendant's Court-appointed attorney, Jerry Turner, effectively represented the defendant in this cause."
The judgment of the circuit court denying the petition is affirmed.
OPINION EXTENDED; AFFIRMED.
All Judges concur.